

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00863-CV

DOV K. AVNI A/K/A DOV AVNI KAMINETZKY, Appellant

V.

DAVID A. NEWMAN, Appellee

Appeal from the 333rd District Court of Harris County.   (Tr. Ct. No. 2010-22875).

**TO THE 333RD DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 6th day of March, 2014, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

This is an appeal from the order signed by the court below on July 10, 2013.   Appellant, Dov K. Avni a/k/a Dov Avni Kaminetzky, did not timely file a brief.   After being notified that this appeal was subject to dismissal, appellant did not adequately respond.   It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed** for want of prosecution.

It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered March 6, 2014.

Per curiam opinion delivered by panel consisting of Justices

Jennings, Higley, and Sharp.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.



May 22, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

